IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE D. YARBER and JULIE PALMER,<br><br>    Plaintiffs,<br><br>  v.<br><br>DAN ISHIKAWA, JOHN CAVALLI, PETER ESTERN, MICHAEL A. KRESSER, RON LYCHAK, TIM MCINERNY, LAWRENCE GOTANCO, SIX TH APPELLATE DISTRICT PROGRAM, and DOES 1 THROUGH 20,<br><br>    Defendants.<br>_____/ | No. C 06-06395 WHA<br><br>**ORDER CHANGING TIME FOR SHOW CAUSE HEARING** |

The hearing regarding the order to show cause scheduled for February 1, 2007, at 8:00 a.m. is hereby **MOVED** to **FEBRUARY 1, 2007, AT 12:45 P.M.** Plaintiffs Julie Palmer and Maurice Yarber are both ordered to attend the hearing. Defendants' motions to dismiss shall be heard at the same time.

**IT IS SO ORDERED.**

Dated: January 29, 2007

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE