**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————

www.cand.uscourts.gov

Richard W. Wieking                                                     General Court Number
Clerk                                                                           415.522.2000

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE D. YARBER )<br><br>)<br>)<br>Plaintiff(s), )<br>(Petitioner) )<br><br>-V- )<br>)<br>DAN ISHIKAWA )<br>)<br>)<br>Defendant(s), )<br>(Respondent) )<br>) | Civil No. <u>CV 06-06395 WHA</u><br><br>ORDER RE APPEAL IN<br> FORMA PAUPERIS |

_____

Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma

pauperis on appeal is hereby     X  GRANTED          DENIED

IT IS SO ORDERED.

DATED:     October 15, 2007

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE