IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAURICE D. YARBER, JULIE PALMER,

    Plaintiffs,

v.

DAN ISHIKAWA, JOHN CAVALLI, PETER ESTERN, MICHAEL A. KRESSER, RON LYCHAK, TIM McINERNY, LAWRENCE GOTANCO, SIXTH APPELLATE DISTRICT PROGRAM AND DOES 1 THROUGH 20,

    Defendants.

No. C 06-06395 WHA

**ORDER VACATING ORDER GRANTING IN FORMA PAUPERIS DESIGNATION**

    The order dated October 15, 2007, granting plaintiffs' request to proceed in forma pauperis is **VACATED**. The reason why is that this Court made a mistake. A year ago, the Ninth Circuit issued an order stating that plaintiffs were required to pay $455.00 to this district court and that failure to make such payment would result in dismissal of the appeal. It appears that instead of making the required payment, plaintiffs reapplied for in forma pauperis standing and this district court granted the application. In light of the mandatory language of the Ninth Circuit's order, this was a mistake. The district court did not have the power to grant in forma pauperis status. Therefore, the order entitled "Order Re: Appeal In Forma Pauperis" is **VACATED**.

    **IT IS SO ORDERED.**

Dated: November 28, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE